UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SARAH ARCHBOLD and DONALD W. MARVIN,

                Plaintiff,

  -v-                                           3:12-CV-441

NATIONAL BANK EQUIPMENT CORPORATION,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

LAW OFFICES OF E. DAVID HOSKINS, LLC              E. DAVID HOSKINS, ESQ.
Attorneys for Plaintiffs
Suite 362
2 Hamill Road
Baltimore, MD  21210

DAVID N. HURD
United States District Judge

## O R D E R

Upon consideration of plaintiffs' motion for default judgment against defendant National Bank Equipment Corporation, it is ORDERED that the motion is GRANTED and the Clerk of the Court is directed to enter judgment in favor of plaintiffs and against defendant National Bank Equipment Corporation in the amount of $3350.00.

    IT IS SO ORDERED.

_____
United States District Judge

Dated: June 28, 2012
       Utica, New York.